**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7727**

BRANDON L. ROBERTSON,

             Plaintiff – Appellant,

     v.

MATTHEW ROBERTS, Correctional Officer (K-9 Unit); BRETT
HUGHES, Supervising Officer (Sergeant),

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Michael F. Urbanski, District
Judge.  (7:13-cv-00560-MFU-RSB)

Submitted:  March 13, 2015          Decided:  March 19, 2015

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brandon L. Robertson, Appellant Pro Se. John Michael Parsons,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon L. Robertson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robertson v. Roberts, No. 7:13-cv-00560-MFU-RSB (W.D. Va. July 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED